```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
**SECURITIES AND EXCHANGE**
**COMMISSION**,

                **Plaintiff,**

     **v.**

**BARBERA, ET AL.,**

                **Defendants.**
-----------------------------------------------------------------x

**1:20-cv-10353-ALC**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Parties and intervenor are ORDERD to file a joint letter by April 15, 2021 indicating if the Parties and intervenor can stipulate to the requested stay, or else proposing a briefing schedule for a motion.

**SO ORDERED.**
**Dated: April 1, 2021**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**