USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___11/7/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,
                      Plaintiff,

              v.

BARBERA, ET AL.,

                      Defendants.
-----------------------------------------------------------------x

1:20-cv-10353-ALC
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to file a joint status report by November 21, 2022.

**SO ORDERED.**
**Dated: November 7, 2022**

    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**