

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

December 5, 2022

*Via ECF*
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

      Re:    *SEC v. Barbera, et al.*, 20-cv-10353 (ALC) (S.D.N.Y.)

Dear Judge Carter:

      Plaintiff Securities and Exchange Commission respectfully submits this response to the motion by Michael Gilbert and Paul Kingsbery to withdraw as counsel for Defendant Nanobeak Biotech Inc. (ECF No. 48).  The Commission takes no position on the motion.

                            Respectfully submitted,

                            */s/ Paul G. Gizzi*

                            Paul G. Gizzi
                            Senior Trial Counsel

cc (via ECF):   Counsel of Record