UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                   Plaintiff,                1:20-cv-10353 (ALC)

      -against-                         ORDER

J. JEREMY BARBERA, CARL SMITH, and
NANOBEAK BIOTECH INC.,

                 Defendants.
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to the Court that Defendant James Jeremy Barbera was sentenced in the parallel action *United States v. Barbera*, 21-CR-154 (JGK) (S.D.N.Y), the Court hereby lifts its stay in this case. The parties are ordered to conduct a Rule 26(f) conference within approximately 60 days of this date, and submit a joint proposed case management plan within 14 days of the Rule 26(f) conference, including a deadline for all Defendants to respond to the complaint.

**SO ORDERED.**

**Dated:**     **July 7, 2023**
              **New York, NY**

_____
                             **ANDREW L. CARTER, JR.**
                             **United States District Judge**