UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,              1:20-cv-10353 (ALC)

    -against-                      **ORDER**

J. JEREMY BARBERA, CARL SMITH, and
NANOBEAK BIOTECH INC.,

              Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

      Defendant Nanobeak was ordered to show cause for its failure to defend this action by August 18, 2023. Defendant failed to do so. Plaintiff Securities and Exchange Commission is directed to seek a default judgment in compliance with Attachment A of my individual practices.

**SO ORDERED.**

**Dated: August 23, 2023**
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**