UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | : | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | 20-cv-10353 (ALC) |
| | : | |
| J. JEREMY BARBERA, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DISMISSAL AS TO DEFENDANT NANOBEAK BIOTECH INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission (the "SEC") hereby provides notice of its dismissal of its Complaint as to Defendant Nanobeak Biotech Inc. This notice shall have no effect whatsoever on the SEC's Complaint and claims against the other Defendants in this action.

Dated: September 6, 2023
New York, NY

SECURITIES AND EXCHANGE COMMISSION

By:   /s/ Paul G. Gizzi
      /s/ Christopher Castano
      _____
      Paul G. Gizzi (gizzip@sec.gov)
      Christopher Castano (Castanoc@sec.gov)
      Securities and Exchange Commission
      New York Regional Office
      100 Pearl Street, Suite 20-100
      New York, NY 10004
      (212) 336-0077 / 0045

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2023
New York, NY