UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                    1:20-cv-10353 (ALC)

      -against-                           **ORDER**

J. JEREMY BARBERA, CARL SMITH, and
NANOBEAK BIOTECH INC.,

                    Defendants.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to file a joint status report as to how they wish to proceed against Defendant J. Jeremy Barbera. It appears Defendant Barbera has not yet filed an answer. The joint status report should be filed by **January 16, 2024**.

**SO ORDERED.**

**Dated: January 9, 2024**
       **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**